Alexandra C. Whitworth, California Bar No. 303046
Helen C. Looney, California Bar No. 324725
Adam A. Vukovic, California Bar No. 301392
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: alex.whitworth@bclplaw.com
helen.looney@bclplaw.com
adam.vukovic@bclplaw.com

Attorneys for Defendants
CITIGROUP, INC., CITIBANK, N.A., CITIMORTGAGE, INC., CITIGROUP GLOBAL MARKETS, INC.

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MICHAEL NG CHIE, an individual, HELLEN LEE CHIE, an individual, and XI S. ZHU, an individual,

Plaintiffs,

v.

CITIGROUP, INC., CITIBANK, N.A., CITIMORTGAGE, INC., CITIGROUP GLOBAL MARKETS, INC., and DOES 1-10,

Defendants.

Case No.: 3:20-cv-07611-LB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned, counsel for Plaintiffs, and counsel for Citigroup, Inc., Citibank, N.A., CitiMortgage, Inc., and Citigroup Global Markets, Inc. (collectively, "Citi"), hereby stipulate and agree as follows: Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the settlement agreement between the parties, Plaintiffs hereby discontinue the above-titled action with prejudice.

December 30, 2021

BRYAN CAVE LEIGHTON PAISNER LLP

/s/ *Helen C. Looney*

Helen C. Looney, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
helen.looney@bclplaw.com

*Counsel for Defendants* CITIGROUP, INC., CITIBANK, N.A., CITIMORTGAGE, INC., CITIGROUP GLOBAL MARKETS, INC.

trn LAW ASSOCIATES

/s/ *Tiffany R. Norman*

Tiffany R. Norman, Esq.
trn LAW ASSOCIATES
75 Broadway Street, Suite 202
San Francisco, CA 94111
Telephone: (415) 823-4566
Facsimile: (415) 762-5490
tiffany@trnlaw.com

*Counsel for Plaintiffs* MICHAEL NG CHIE, HELLEN LEE CHIE, and XI S. ZHU

**SO ORDERED.**

Dated: December 31, 2021

UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER



BRYAN CAVE LEIGHTON PAISNER, LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111